**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LAURA GRAVES,

    Plaintiff,                               Case No.: 1:25-cv-13198

v.                                          **FILED UNDER SEAL**

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | lvyuan678 |
| 2 | xtchangxiao |
| 3 | HOTAPEPU INTERNATIONAL BRAND OFFICIAL STORE |
| 4 | changfengwanli |
| 5 | Decopix |
| 6 | LLIANHH |
| 7 | yingwenchibi |
| 8 | yuxintrade |
| 9 | Java Joy Mugs |
| 10 | Amiss Beauty |
| 11 | GLYT |
| 12 | HMono |
| 13 | HeBeiChaoBaiJianZhuGongChengYouXianGongSi |
| 14 | NgocMai.Store |
| 15 | yantaitongxinxiaofangqicaiyouxiangongsi |
| 16 | qianjue678 |
| 17 | CHANGYUELI |
| 18 | 义乌市迄电子商务有限公司 |
| 19 | Hx posters |
| 20 | wall art decor 10086 |
| 21 | Sigali Biotechnology Sales Center |
| 22 | shenzhenshiwannizhuangshigongchengyouxiangongsi |

1

| | |
|---|---|
| 23 | SDFGHGJU |
| 24 | YFAONA |
| 25 | SZHULING |
| 26 | liuzhiganggang |
| 27 | BaiMaJingKai |
| 28 | lvkang678 |
| 29 | VETALLOstore |
| 30 | Laburu |
| 31 | guyunhaokeji |
| 32 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 33 | Zhaensshaii |
| 34 | hekaishangmao |
| 35 | GuangZhouHuiJiaShangMao05 |
| 36 | FzFaxjhc |